**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:19CR20-PPS/JPK |
| | ) | |
| GABRIEL GARNICA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF REFERRAL**

This matter is before me on the findings and recommendation of Magistrate

Judge Joshua P. Kolar relating to defendant Gabriel Garnica's agreement to enter a plea

of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of

Criminal Procedure.  [DE 170.]  Following a hearing on the record on March 3, 2022 [DE

173], Judge Kolar found that defendant understands the charges, his rights, and the

maximum penalties; that defendant is competent to plead guilty; that there is a factual

basis for defendant's plea; that the defendant knowingly and voluntarily entered into

his agreement to enter a plea of guilty; and that defendant's change of plea hearing

could not be delayed without serious harm to the interests of justice.  Judge Kolar

recommends that the Court accept defendant's plea of guilty and proceed to impose

sentence.  Neither party has filed a timely objection to Judge Kolar's findings and

recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Gabriel Garnica's plea of guilty, to which no objection has been filed, the Court hereby ADOPTS the findings and recommendation [DE 173] in their entirety.

Defendant Gabriel Garnica is adjudged GUILTY of Count 1 of the superseding indictment, a charge of conspiracy to distribute and to possess with intent to distribute cocaine, in violation of 21 U.S.C. §846 and §841(b)(1)(B).

The sentencing hearing is set for June 28, 2022 at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: March 17, 2022.

 /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE

2