UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:19CR20-PPS |
| ) | |
| GABRIEL GARNICA, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

After his plea of guilty to participation in a cocaine distribution conspiracy, I sentenced Gabriel Garnica to a sentence of 23 months' imprisonment "to run concurrently to any remaining undischarged term of imprisonment as ordered by the Miami-Dade County Circuit Court in Docket Number F18017767C." [DE 191 at 2.] This and other language of the "Imprisonment" portion of the Judgment explains my intentions and reasoning. Now before me is a letter from Garnica, written from a Florida prison and identifying himself as DC #U91229, requesting assistance in clarifying his federal sentence for the classification department at that institution. To that end, I will direct the Clerk of Court to provide the classification department with a copy of the Judgment, which is the best and most appropriate authority for understanding Garnica's sentence in this case.

ACCORDINGLY:

In response to Gabriel Garnica's letter filed August 7, 2023 [DE 200], the Clerk is requested to provide a copy of this order, a copy of Garnica's Judgment [DE 191], and a

copy of Garnica's letter filed August 7, 2023 [DE 200], to the following address:

>ATTN: Classification Department
>Lawtey Correctional Institution
>P.O. Box 2000
>Lawtey, FL 32058.

The Clerk shall also provide of copy of this order and the judgment to the defendant at the institutional address from which he sent the letter.

SO ORDERED.

ENTERED:  August 9, 2023.

>/s/ Philip P. Simon
>UNITED STATES DISTRICT JUDGE